UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DEREK L. HAND and ASHLEY N. HAND, )
)
        Plaintiffs, )
)
v. ) No. 1:18-CV-00027-JRG-CHS
)
WHOLESALE AUTO SHOP, LLC, )
)
        Defendant. )

## ORDER AND JUDGMENT

This matter is before the Court on United States Magistrate Judge Christopher H. Steger's Report and Recommendation [Doc. 42]. Magistrate Judge Steger recommends that the Court grant Plaintiffs' Motion for Default Judgment [Doc. 40]. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Steger's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Plaintiffs' Motion for Default Judgment [Doc. 40] is **GRANTED**. It is therefore **ORDERED** that Plaintiffs Derek L. Hand and Ashley N. Hand recover from Defendant Wholesale Auto Shop, LLC the amount of $28,317.97

plus post-judgment interest at 28 U.S.C. § 1961(a)'s rate from the date of this judgment. The Clerk of Court is **DIRECTED** to close this case.

    So ordered.

    ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk